UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Abdi A. F., | Case No. 21-cv-2765 (WMW/BRT) |
| Petitioner, | |
| | **ORDER** |
| v. | |
| Leslie Tritten and Ur Jaddou, | |
| Defendants. | |

---

Before the Court is the parties' stipulation to remand. (Dkt. 9.) Based on the stipulation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. This case is **REMANDED** to the United States Citizenship and Immigration Services (USCIS) to issue its decision on Petitioner's N-400 application.

2. The USCIS shall issue its decision on the N-400 application within 14 days after the date of this Order.

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, disbursements, and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 24, 2022                              s/Wilhelmina M. Wright
                                                                Wilhelmina M. Wright
                                                                United States District Judge